UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lee Matson,

      Plaintiff,   Case No. 18-12341

v.           Judith E. Levy
           United States District Judge
Ronald B. Rich & Associates, PLC,
           Mag. Judge Mona K. Majzoub
      Defendant.

_____/

## JUDGMENT

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed.

           DAVID J. WEAVER
           CLERK OF THE COURT

       By: s/Shawna Burns
           DEPUTY COURT CLERK

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE